UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VICTOR ARIZA,

    Plaintiff,

v.

                                            Case No.: 1:22-cv-24052-JAL

VICTORIA'S SECRET DIRECT
BRAND MANAGEMENT, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Victor Ariza, and Defendant Victoria's Secret Direct Brand Management, LLC, jointly notify the Court that the parties have reached a settlement of all claims asserted in this lawsuit. The parties are in the process of finalizing a written settlement agreement, and plan to file the appropriate dismissal paperwork within 45 days of the date of this Notice.

Dated this 20th day of February, 2023.

Respectfully Submitted:

| | |
|---|---|
| By: /s/ Roderick V. Hannah | By: /s/ Daniel J. Butler |
| **RODERICK V. HANNAH, ESQ., P.A.** | **HUNTON ANDREWS KURTH LLP** |
| Florida Bar No. 435384 | Daniel J. Butler |
| 4800 North Hiatus Road | Florida Bar No.: 111398 |
| Sunrise, FL 33351-7919 | 333 SE 2nd Avenue, Suite 2400 |
| 954-362-3800 | Miami, Florida 33131 |
| Fax: 954-362-3779 | Tel.: (305) 810-2519 |
| Email: rhannah@rhannahlaw.com | Fax.: (305) 810-2560 |
| | Email: dbutler@HuntonAK.com |