UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-24052-CIV-LENARD/Louis

**VICTOR ARIZA**,

    Plaintiff,

vs.

**VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC, d/b/a VICTORIA'S SECRET, a foreign limited liability company,**

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA, through undersigned counsel, and Defendant VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC d/b/a VICTORIA'S SECRET, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  March 31, 2023.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** <br> Counsel for Plaintiff <br> 4800 N. Hiatus Road <br> Sunrise, FL 33351 <br> T. 954/362-3800 <br> 954/362-3779 (Facsimile) <br> Email:  rhannah@rhannahlaw.com <br><br> By____*s/ Roderick V. Hannah*_____ <br>     RODERICK V. HANNAH <br>     Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.** <br> Co-Counsel for Plaintiff <br> 4640 N.W. 7th Street <br> Miami, FL 33126-2309 <br> T. 305/266-9780 <br> 305/269-8311 (Facsimile) <br> Email: pduran@pelayoduran.com <br><br> By ____*s/ Pelayo M. Duran*_____ <br>     PELAYO M. DURAN <br>     Fla. Bar No. 0146595 |

**HUNTON ANDREWS KURTH LLP**
Counsel for Defendant
333 SE 2nd Avenue, Suite 2400
Miami, FL  33131
(305) 810-2500
dbutler@huntonak.com

By ____/s/ Daniel J. Butler_____
　　　DANIEL J. BUTLER
　　　Fla. Bar No. 111398